# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1067
Lower Tribunal Nos. J19-2275B; J20-41;
J21-100; J21-101

_____

**D.N., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Yery Marrero, Judge.

Carlos J. Martinez, Public Defender, and James A. Odell, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before FERNANDEZ, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>D.L.T. v. State</u>, 275 So. 3d 651, 652 (Fla. 4th DCA 2019) ("[T]he absence of any objection at the time of disposition, followed by the failure to file a motion to correct a disposition error pursuant to Florida Rule of Juvenile Procedure 8.135(b), precludes consideration even of fundamental disposition errors on direct appeal." (citing <u>C.C. v. State</u>, 150 So. 3d 216, 217 (Fla. 4th DCA 2014); <u>A.L.B. v. State</u>, 23 So. 3d 190, 191 (Fla. 1st DCA 2009))); <u>Daniels v. State</u>, 118 So. 3d 996, 997 (Fla. 1st DCA 2013) (affirming sentence without prejudice on the basis that "[c]laims that the written judgment and sentence do not conform to the oral pronouncement must be preserved either with a contemporaneous objection, if possible, or by filing a Florida Rule of Criminal Procedure 3.800(b)(2) motion before filing the initial brief"); <u>see also</u> Fla. R. Juv. P. 8.135(b).